```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SIGNIFY HOLDING B.V.,                                          :
                                                               :
                              Plaintiff,                       :   1:23-cv-9649-GHW
                                                               :
            -v –                                               :   ORDER
                                                               :
FOHSE INC.,                                                    :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the January 2, 2024 conference, Defendant's motion to dismiss is due January 24, 2024. Plaintiff's opposition is due within fourteen days of the date of service of Defendant's motion. Defendant's reply, if any, is due within seven days of the date of service of Plaintiff's opposition. Additionally, Defendant's answer to the portions of the complaint that are not addressed by Defendant's motion to dismiss is due January 24, 2024.

For the reasons discussed at the conference, Defendant's application to stay discovery pending the resolution of its proposed motion to dismiss is denied.

SO ORDERED.

Dated: January 2, 2024
       New York, New York                    _____
                                             GREGORY H. WOODS
                                             United States District Judge