```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                     :
SIGNIFY HOLDING B.V.,                        :
                                                     :
                                     Plaintiff,      :              1:23-cv-9649-GHW
                                                     :
                         -v –                                  :                    <u>ORDER</u>
FOHSE INC.,                                          :
                                    Defendant.    :
                                                     :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On March 11, 2024, the parties filed what they described as a proposed "consent judgment." Dkt. No. 25. The Court declines to enter the proposed order. First, the parties' submission did not include the accompanying letter required by Rule 1(F) of the Court's Individual Rules. Second, as described in the Court's February 13, 2024 order, Rule 4(E) of the Court's Individual Rules explains that the Court will not retain jurisdiction to enforce a settlement agreement that has not been filed on the docket. Dkt. No. 24. Here, the parties make substantially the same request by asking the Court to enter a judgment based on a settlement agreement that the parties have not filed on the docket. The Court reminds the parties of Fed. R. Civ. P. 68, which provides for a process whereby parties may obtain a judgment through the Clerk of Court.

       SO ORDERED.

Dated: March 12, 2024
       New York, New York

                                                                         _____
                                                                            GREGORY H. WOODS
                                                                    United States District Judge