**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2024

SIGNIFY HOLDING B.V.,

                Plaintiff,

v.                                    Civil No. 1:23-cv-9649-GHW

FOHSE INC.,

                Defendant.

## ~~[PROPOSED]~~ ORDER FOR ENTRY OF JUDGMENT

In accordance with Federal Rule of Civil Procedure 68, the parties respectfully request that the Court enter judgment as set forth herein. Defendant Fohse Inc. ("Defendant") has offered by notice in writing to permit judgment for the sum of US $1,400,000.00 (One Million, Four Hundred Thousand Dollars), inclusive of costs. Plaintiff Signify Holding B.V. ("Plaintiff") has accepted Defendant's offer of judgment enforceable per the parties' Confidential Settlement Agreement effective March 4, 2024. The Notice of Acceptance with Offer of Judgment and the Confidential Settlement Agreement (public, redacted and sealed versions) have been filed with the Court .

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff recover from Defendant the sum of US $1,400,000.00 (One Million, Four Hundred Thousand Dollars), inclusive of costs enforceable per the parties' settlement agreement effective March 4, 2024.

DATED THIS 15th DAY OF APRIL, 2024

_____
Judge Gregory H. Woods
United States District Judge